IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 5:23-cr-118-01-JDW |
| | : | |
| **v.** | : | |
| | : | |
| **VICTOR GARCIA-RIVERA** | : | |

## ORDER

**AND NOW**, this 26th day of December 2023, upon consideration of Defendant Victor Garcia-Rivera's Motion to Dismiss (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.