IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 23-118-1 |
| VICTOR GARCIA-RIVERA<br>(A/K/A "Hector Gonzalez-Rivera") | : | |

**O R D E R**

AND NOW this 17th day of April, 2024, upon consideration of the Government's Motion to Dismiss Count Four of the indictment in this matter, it is hereby

**O R D E R E D**

that Count Four of indictment Number 23-118 is dismissed without prejudice.

BY THE COURT:

_____
**HONORABLE JOSHUA D. WOLSON**
*United States District Court Judge*
*Eastern District of Pennsylvania*